Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 259-6560 (facsimile)
yylagan@ccfirm.com
Loan No. xxxx2255/ / Our File No. 11-03-18718-NV

ECF FILED ON:

MAR 23 2011

Attorney for Secured Creditor HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
ANDREW I. MALONE AND
CHRISTINE L. MALONE
Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 10-54849-GWZ
DATE: N/A
TIME: N/A

## STIPULATION FOR TERMINATION OF THE AUTOMATIC STAY RE: DEBTOR AND BANKRUPTCY ESTATE

This matter having been negotiated in good faith between the parties, Michael W. Chen, Esq., of the COOPER CASTLE LAW FIRM attorneys of record for Secured Creditor HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4, Andrew I. Malone and Christine L. Malone, represented by JOHN S. BARTLETT, ESQ., and the Debtor(s) indicating a surrender of the property, and this Court being fully advised on the premises, and good cause appearing;

IT IS STIPULATED, AGREED AND ORDERED, that the Automatic Stay re: Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4, its assignees and/or successors in interest, regarding the property located and generally described as 1107 Tamarisk Street, Carson City, NV 89701, ("Property" herein) and legally described as follows:

SEE ATTACHED EXHIBIT A

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By: /s/ Michael W. Chen                    Date: March 21, 2011
Michael W. Chen, Esq.
Attorney for Secured Creditor
HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-4

APPROVED/DISAPPROVED

By: _____                 Date: 3/24/11
JOHN S. BARTLETT, ESQ.
Attorney for Andrew I. Malone and Christine L. Malone

APPROVED/DISAPPROVED

By: _____                 Date: _____
William A. Van Meter,
Chapter 13 Trustee

## EXHIBIT "A"

**All that certain lot, piece or parcel of land situate in the County of Carson City, State of Nevada, described as follows:**

Lot 5, in Block B, as shown on the map of MOUNTAIN VISTA SUBDIVISION, filed for record in the Office of the Recorder of Carson City, State of Nevada, on January 10, 1965, in Book 1 of Maps, Page 247, as Document No. 86596, Official Records.

Assessor's Parcel No. █████████

338368