Entered on Docket
March 25, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 259-6560 (facsimile)
yylagan@ccfirm.com
Loan No. ****2255/5152-N-5394 / Our File No. 11-03-18718-NV

Attorney for Secured Creditor
HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ANDREW I. MALONE AND
CHRISTINE L. MALONE
Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 10-54849-GWZ
DATE: N/A
TIME: N/A

**ORDER APPROVING STIPULATION FOR TERMINATION OF THE AUTOMATIC STAY RE: DEBTOR AND BANKRUPTCY ESTATE**

The matter having been negotiated in good faith as between the parties, the terms of which appear in the Stipulation for Termination of the Automatic Stay re: Debtor and Bankruptcy Estate, dated March 21, 2011 and filed on the Court's docket on March 23, 2011, and in regards to the property located and generally described as 1107 Tamarisk Street, Carson City, NV 89701, ("Property" herein) and legally described as follows:

SEE ATTACHED EXHIBIT A

- 1 -

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the aforementioned Stipulation is hereby approved by the Court.

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By:   /s/ *Michael W. Chen*                Date: March 23, 2011
      Michael W. Chen, Esq.
      Attorney for Secured Creditor
      HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust
      Mortgage Loan Asset-Backed Certificates, Series 2005-4

# EXHIBIT "A"

**All that certain lot, piece or parcel of land situate in the County of Carson City, State of Nevada, described as follows:**

Lot 5, in Block B, as shown on the map of MOUNTAIN VISTA SUBDIVISION, filed for record in the Office of the Recorder of Carson City, State of Nevada, on January 10, 1965, in Book 1 of Maps, Page 247, as Document No. 86596, Official Records.

Assessor's Parcel No. ███████████

338368

```
Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307                              ECF FILED ON:
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm                   MAR 23 2011
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 259-6560 (facsimile)
yylagan@ccfirm.com
Loan No. xxxx2255/ / Our File No. 11-03-18718-NV
```

Attorney for Secured Creditor HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| ANDREW I. MALONE AND CHRISTINE L. MALONE<br>Debtor(s) | CHAPTER 13<br>BANKRUPTCY NO.: 10-54849-GWZ<br>DATE: N/A<br>TIME: N/A |

**STIPULATION FOR TERMINATION OF THE AUTOMATIC STAY
RE: DEBTOR AND BANKRUPTCY ESTATE**

This matter having been negotiated in good faith between the parties, Michael W. Chen, Esq., of the COOPER CASTLE LAW FIRM attorneys of record for Secured Creditor HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4, Andrew I. Malone and Christine L. Malone, represented by JOHN S. BARTLETT, ESQ., and the Debtor(s) indicating a surrender of the property, and this Court being fully advised on the premises, and good cause appearing;

IT IS STIPULATED, AGREED AND ORDERED, that the Automatic Stay re: Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4, its assignees and/or successors in interest, regarding the property located and generally described as 1107 Tamarisk Street, Carson City, NV 89701, ("Property" herein) and legally described as follows:

SEE ATTACHED EXHIBIT A

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By: /s/ Michael W. Chen                    Date: March 21, 2011
Michael W. Chen, Esq.
Attorney for Secured Creditor
HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-4

APPROVED/DISAPPROVED
By: _____              Date: 3/24/11
JOHN S. BARTLETT, ESQ.
Attorney for Andrew J. Malone and Christine L. Malone

APPROVED/DISAPPROVED
By: _____              Date: _____
William A. Van Meter,
Chapter 13 Trustee

-2-

# EXHIBIT "A"

**All that certain lot, piece or parcel of land situate in the County of Carson City, State of Nevada, described as follows:**

Lot 5, in Block B, as shown on the map of MOUNTAIN VISTA SUBDIVISION, filed for record in the Office of the Recorder of Carson City, State of Nevada, on January 10, 1965, in Book 1 of Maps, Page 247, as Document No. 86596, Official Records.

Assessor's Parcel No. ███████

338368